PER CURIAM.
 

 The Family Law Rules Committee (Committee) filed its regular-cycle report proposing amendments to the Florida Family Law Rules of Procedure and forms. We have jurisdiction.
 
 See
 
 art. V, § 2(a), Fla. Const. The Committee’s proposals were published for comment in February 2011. One comment was filed with the Court, relating only to the proposed amendment to rule 12.070, and the Committee filed a response. Oral argument in this matter was held on June 7, 2011.
 

 Upon consideration of the Committee’s Report, the comment filed and the Com
 
 *258
 
 mittee’s response thereto, and the parties’ presentations at oral argument, we adopt the amendments to forms 12.913(a) (Notice of Action for Dissolution of Marriage), 12.913(b) (Affidavit of Diligent Search and Inquiry), and 12.913(c) (Affidavit of Diligent Search) as proposed by the Committee.
 
 [1]
 
 We also adopt new form 12.913(a)(2) (Notice of Action for Family Cases With Minor Child). However, due to the substantial concerns raised by the comment and at oral argument in this case, we decline to adopt the proposed amendment to rule 12.070 (Process).
 

 The Committee also proposed new rule 12.745 (Collaborative Process Rule) setting forth a protocol for participation in the “collaborative law process.” In its report, the Committee explains that the collaborative law process is a contractual, voluntary, nonadversarial dispute resolution process used in dissolution of marriage cases. While we commend the Committee for its study of the collaborative law process and its work in proposing this rule, we decline to adopt the proposed rule at this time. Given the possibility of legislative action addressing the use of the collaborative law process in Florida and the fact that certain foundations, such as training or certification of attorneys for participation in the process, have not yet been laid, we conclude that the adoption of a court rule on the subject at this time would be premature.
 

 Accordingly, the Florida Family Law Rules of Procedure Forms and the Florida Supreme Court Approved Family Law Forms are hereby amended as set forth in the appendix to this opinion. The new and amended forms are fully engrossed. These amendments are effective, nunc pro tunc, January 1, 2012, at 12:01 a.m.
 

 It is so ordered.
 

 CANADY, C.J., and PARIENTE, LEWIS, QUINCE, POLSTON, LABARGA, and PERRY, JJ., concur.
 

 APPENDIX
 

 INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.913(a)(1), NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE (NO CHILD OR FINANCIAL SUPPORT) (03/12)
 

 When should this form be used?
 

 This form may be used to obtain
 
 constructive service
 
 (also called service by publication) in a
 
 dissolution of marriage
 
 case that does not involve a minor child or financial support if you do not know where your
 
 spouse
 
 lives or if your spouse lives outside Florida and you are unable to obtain
 
 personal service.
 
 Constructive notice will allow the court to dissolve the marriage, but personal service is required before a court can order payment of financial support, such as spousal support (alimony) or costs. If you are asking the court to decide how real or personal property located in Florida should be divided, the Notice of Action must include a specific description of the property. If you use constructive service, the court can grant only limited relief because its jurisdiction is limited. This is a complicated area of the law and you should consult an attorney before using constructive service.
 

 You should complete this form by typing or printing the appropriate information in black ink. You should insert your spouse’s
 
 *259
 
 name and last known address and then
 
 file
 
 this form with the
 
 clerk of the circuit court
 
 in the county where your petition for dissolution of marriage was filed. You must also complete and file an Affidavit of Diligent Search and Inquiry, Florida Family Law Rules of Procedure Form 12.918(b). You should keep a copy for your records.
 

 After the Affidavit of Diligent Search and Inquiry, Florida Family Law Rules of Procedure Form 12.913(b), is filed, the clerk will sign this form. The form must then be given to a qualified local newspaper in the county where the case is pending to be published once each week for four consecutive weeks. When in doubt, ask the clerk which newspapers in your area are “qualified.” The newspaper will charge you for this service. If you cannot afford to pay the cost of publication of this notice in a qualified newspaper, you may ask the clerk to post the notice at a place designated for such postings. You will need to file an Application for Determination of Civil Indigent Status, which you can obtain from the clerk. If the clerk determines that you cannot afford these costs, the clerk will post the notice of action. If your case involves termination of a legal father’s parental rights when another man is alleged to be the biological father, you need to publish the notice only in the county where the legal father was last known to have resided. You are responsible for locating a “qualified” newspaper in the county where the other party last resided and paying the cost of publication.
 

 Where can I look for more information?
 

 Before proceeding, you should read “General Information for Self-Represented Litigants” found at the beginning of these forms. For further information, see rule 12.070, Florida Family Law Rules of Procedure, and chapter 49, Florida Statutes.
 

 Special notes ...
 

 If the other party fails to respond to your
 
 petition
 
 within the time limit stated in the notice of action that is published or posted, you are entitled to request a
 
 default.
 
 (See Motion for Default, Florida Supreme Court Approved Family Law Form 12.922(a), and Default, Florida Supreme Court Approved Family Law Form 12.922(b).)
 

 Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
 

 
 *260
 
 Iff THE Cf RCUfT COURT OF THE
 
 m
 
 ano ros _ iWOKW CIRCUIT, COUNTY, FLORIDA
 

 Cese «0.;
 

 Division:.
 

 Petitioner arstí Respondent.
 

 NOTICE OP ACTION FOR BlSSOLtttiQN OF MARRIAGE (NO CHIU)
 
 OR
 
 FINANCIAL SUPPORT)
 

 TO: Irtutne o/
 
 ftesñoadentí. . . ..
 

 {Responden?* tost knows address}
 
 _ .__
 

 YOU ARS NOTIFIED tftM art tettoir fur trHsc lotion of manr1;;R<; b¡" hsorr filed against you &rsd dial you are required to serve n copy of your wrl ifei defenses, if any, to it ⅜¶
 
 (name of Petitioner}
 
 whose addrassk . ...____ on or before
 
 Mate}
 
 and ⅛ the original with
 
 the
 
 Hoik of this Court at
 
 {clerk’s cud-ess}
 
 ¡before service an Petittotitsr yri;.eJtetely thereafter. If you fail to
 
 tits
 
 ⅞⅜,⅜ default may be entered ogstost you for the
 
 mttoi
 
 demanded ⅛ the petition-»
 

 The aefun ⅛ asking tító court to d acids how the ⅛⅛⅜,⅝ real or personal property should be divided:
 
 {insert
 
 Ytow" ⅜
 
 1/ dppfsmble, the
 
 ⅝⅛
 
 description of c$ti propel a specific description of pemaiun property, and the name of the cotmty
 
 ⅜
 
 florida where the pi operty
 
 &
 
 located)
 

 Copies of Mi court documents In tills case, ineJadteg
 
 orders,
 
 are available at the Clerk of the Circuit Court's office, Yea may review these documents upon request,
 

 You must keep the Clerk of the Circuit Court's office notified of your current address. {You may file Notice of Current Address, Florida Supreme Court Approved family taw Form 12315.) Future papers ft» this lawsuit will be matted to the address on record at the cterf* office.
 

 WARNINGS Rule 12.28S, ⅝⅛ Family l aw Rule* of Procedure, recluiros certain automatic disclosure of documents and Information, Failure to comply can result ⅜ sanctions, including dismissal or striking of pleadings.
 

 Fiortate Supreme Conn Approved ¡teftóhr taw Form I2.513ia5fli, Hatit? of Aitteri far Btesfoiten cf Marriage (No Child or ffcaticN Support) i&J/J2)
 

 
 *261
 
 Dated*. CLERK OF THE CIRCUIT COURT
 

 Bsr.
 

 Deputy Cterk
 

 IF
 
 A
 
 NONIAWYER HEU>0t> you BUL OUT THIS FORM, HE/SHE MUST Fill IN THE BLANKS BELOW: {fill in alt blank s|
 

 l,
 
 [full
 
 tegai
 
 name and trade name of
 
 nanlaivyer}.... ⅜ nentewyer, located at
 
 (street) , (city)
 
 .
 
 {state) , ínfima)
 
 helped (name)_ . who fe the petitioner, fill out this Form.
 

 FI«<da Supreme Court Approved Family taw Farm 12.31⅜⅜& Notice of Action for Dissolution of Marriage (Ko Child or «modal Support) (01/12)
 

 
 *262
 
 INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.913(a)(2), NOTICE OF ACTION FOR FAMILY CASES WITH MINOR CHILD(REN) (01/12)
 

 When should this form be used?
 

 This form may be used to obtain constructive service (also called service by publication) in an action involving a parenting plan for a minor child under chapter 61, Florida Statutes; an action to determine temporary custody by extended family under chapter 751, Florida Statutes; and termination of a legal father’s parental rights when another man is alleged to be the biological father. “Parenting plan” means a document created to govern the relationship between the parents relating to decisions that must be made regarding the minor child and must contain a time-sharing schedule for the parents and child. Section 61.046(14), Florida Statutes. You may use constructive service if you do not know where the other party lives or if the other party lives outside Florida and you are unable to obtain personal service. Constructive notice will allow the court to grant the relief requested, but personal service is required before a court can order payment or termination of child support, spousal support (alimony), or costs. If you are asking the court to decide how real or personal property located in Florida should be divided, the Notice of Action must include a specific description of the property. If you use constructive service, the court can grant only limited relief because its jurisdiction is limited. This is a complicated area of the law and you should consult an attorney before using constructive service.
 

 You should complete this form by typing or printing the appropriate information in black ink. You must insert the other party’s name and last known address and then file this form with the clerk of the circuit court in the county where your petition was filed. You must also complete and file an Affidavit of Diligent Search and Inquiry. Use Florida Family Law Rules of Procedure Form 12.913(b) unless you are serving the legal father in a paternity case where another man is alleged to be the biological father, in which case, you must use Form 12.913(c). You should keep a copy for your records.
 

 After the Affidavit of Diligent Search and Inquiry, Family Law Rules of Procedure Form 12.913(b) or 12.913(c), is filed, the clerk will sign this form. You will need to publish notice once each week for four consecutive weeks in a “qualified” newspaper in the county where the case is pending. When in doubt, ask the clerk which newspapers are “qualified.” The newspaper will charge you for this service. If you cannot afford to pay the cost of publishing this notice, you may ask the clerk to post the notice at a place designated for such postings. You will need to file an Application for Determination of Civil Indigent Status, which you can obtain from the clerk. If the clerk determines that you cannot afford these costs, the clerk will post the notice of action. If your case involves termination of a legal father’s parental rights when another man is alleged to be the biological father, you need to publish the notice only in the county where the legal father was last known to have resided. You are responsible for locating a “qualified” newspaper in the county where the other party last resided and paying the cost of publication.
 

 Where can I look for more information?
 

 Before proceeding, you should read “General Information for Self-Represented Litigants” found at the begin
 
 *263
 
 ning of these forms. For further information, see rule 12.070, Florida Family Law Rules of Procedure, rule 1.070, Florida Rules of Civil Procedure, sections 61.501-61.542, Florida Statutes and chapter 49, Florida Statutes.
 

 Special notes ...
 

 If the other party fails to respond to your petition within the time limit stated in the notice of action that is published or posted, you are entitled to request a default. (See Motion for Default, Florida Supreme Court Approved Family Law Form 12.922(a), and Default, Florida Supreme Court Approved Family Law Form 12.922(b).)
 

 Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
 

 
 *264
 
 IN THE CIRCUIT COURT OP THE IMANO FOR ___ __JUDiCTAl OaCUÍ?, _COUNTY, aORICJA
 

 Case No,: .
 

 fid store __
 

 Pensioner aid Respondent
 

 Nonce Of ACTION FOR
 

 {Specify mlm¡
 
 __ _„
 

 TO;
 
 (name of Respondent}
 
 ___
 

 {fíes-pmdmt's imi known
 
 nrfdnxs}_____
 

 YOU ARE NOTIFIED that-an ⅛«⅛;⅜ tor
 
 {identify the type of
 
 caiti __,ha$ been ittetf against you and that yaw are required to serve s copy ofyour written defenses, ff any, Jo ⅛ on
 
 InameafPeWomr}___
 
 — ____ whose a d dress Is.. .... ... a»t at before /ddfcl __, and site the original with the ctert of this Court at
 
 {clerk's worms}
 
 before service on Petitioner or immediately thereafter. If you fail to do
 
 so,
 
 a default may be entered against you for the «¡Reí demanded In the petition,
 

 {if applicable, insert the
 
 fep/
 
 description of teal property, <¡ specific description of personal property, end the name of me county in florido warn the property is tosatmif
 

 Copies of ait court document» in this case, including order», are avallaste at the Cleric of †¾ Circuit Court’s office. You may review these document» upon request.
 

 You must keep the Clerk of the Circuit Court's office notified of your current address, (You may file Notice of Current Address, Florida Supreme Court Approved Family law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office,
 

 WARNING; Rule 12.285, Florista Family law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, Including dismissal or striking of pleadings.
 

 Florida Supremo Court Approved Fnmfy law form ⅛91⅜}|?4. Notice oí Actios For Family Cast* With Minor CWWÍrenífM/I»
 

 
 *265
 
 [[Image here]]
 

 fiy:__
 

 Oeputv Clerk
 

 if a
 
 mmAvmn
 
 «ethea you eta. our this form, hb/she must wimn the bianks
 
 mo'm
 
 pit i« all ntafiksl
 

 i,
 
 {jvfí
 
 ⅛
 
 ot ram* and trade asme oj nontav^'r}
 
 , , a located ot
 
 ⅛⅜met}
 
 .. . .
 
 {city}
 
 .. ~"_, -w frfawgjL — _„_‘. ⅜⅝⅛⅛⅜ ftor;gj_. . . who si (he pedtbmir, iifi out this form.
 

 i fr.rttto 5upt<ws ttert
 
 rppmmi
 
 ⅛|*⅛⅛ U* form ¶⅞,⅜⅞¾¾ Matte oí
 
 for
 
 FimBy C&ta* with Minor OsWfmiHai/U!
 

 
 *266
 
 INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE FORM 12.913(b), AFFIDAVIT OF DILIGENT SEARCH AND INQUIRY (01/12)
 

 When should this form be used? This form is to be used with Notice of Action for Dissolution of Marriage (No Child or Financial Support), Florida Supreme Court Approved Family Law Form 12.918(a)(1) and Notice of Action For Family Cases With Minor Child(ren), Form 12.918(a)(2), to obtain
 
 constructive service
 
 (also called service by publication).
 

 The other party is entitled to actual notice of the proceedings when possible. When it is necessary to use constructive notice, it must be given in a way that is likely to provide actual notice. You must disclose the last known address of the other party. A last known address cannot be unknown. This form includes a checklist of places you can look for information on the location of the other party. While you do not have to look in all of these places, the court must believe that you have made a very serious effort to get information about the other party’s location and that you have followed up on any information you received.
 

 This form should be typed or printed in black ink. After completing this form, you should sign the form before a
 
 notary pub-lie
 
 or
 
 deputy clerk.
 
 You should
 
 file
 
 the original and a Notice of Action for Dissolution of Marriage (No Child or Financial Support), Florida Supreme Court Approved Family Law Form 12.913(a)(1), or Notice of Action For Family Cases With Minor Child(ren), Form 12.913(a)(2), with the
 
 clerk of the circuit court
 
 in the county where your petition is filed. You should keep a copy for your records.
 

 Where can I look for more information?
 

 Before proceeding, you should read “General Information for Self-Represented Litigants” found at the beginning of these forms. For further information, see rule 12.070, Florida Family Law Rules of Procedure and chapter 49, Florida Statutes.
 

 Special notes ...
 

 Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
 

 
 *267
 
 IN THE CIRCUIT COURT Of THE INANDFOR __ jUPCJAl CIRCUIT, COUNTY, FLORIDA
 

 Case No.:
 

 Division! „
 

 Petitioner, and Respondent.
 

 AFFIDAVIT OF WU6ENT SEARCH AND INQUIRY
 

 5,
 
 {fall legal
 
 name}.. . being swam, certify that the following information Is true:
 

 1, i have made diligent search and Inquiry to discover the name and current residence of Respondent;
 
 {Specify detain of search)
 
 Refer to checklist below and Identify all actions taken {any atfcRtkmal («formation Included such as the date too action was token and the person with whom you spoke is helpful) {attach additional sheet W necessary):
 

 {Check all that apply!
 

 . United States Post Office inquiry through freedom of Information Act for current address or any relocations.
 

 __Last known employment of Respondent, Including name and address of employer. You should also ask tor any addresses to which W«2 forms were mailed, and, if a pension or profit-sharing plan exists, theft for any addresses to which any pension or plan payment is and/or has been mailed.
 

 unions from which Respondent may have worked or that governed his
 
 at
 
 her particular trade or craft,
 

 _. Regulatory agencies, Including professional
 
 at
 
 txeupational licensing.
 

 _ Names and addresses of relatives and contacts with those relatives, and inquiry as to Respondent's last known address. You are to follow up any leads of any addresses where Respondent may have moved. Relatives Include, but are not limited to; parents, brothers, sisters, aunts, uncles, cousins, nieces, nephews, grandparents, great-grandparents, former in-laws, stepparents, stepchildren,
 

 __ information about the Respondent's possible death and, If dead, the date and location of the death,
 

 __ Telephone listings In the test known locations of Respondent's residence.
 

 _ internet at http*//www.swtebfcoafd,com or other internet databank locator service, Please indicate If a public library assisted you to your search.
 

 Law enforcement arrest-aod/ar criminal records in the test known residential area of Respondent.
 

 Florida Law Sales of Procedure Far» L2.9T3ft), Affidavit of Diligent Sear* and Inquiry
 
 (Ot}lt)
 

 
 *268
 
 _ Highway Patrol records In the state of Respondent's fast known address.
 

 _ Department of Motor Vehicle records in the state of Respondent's last known address,
 

 Department
 
 of
 
 Corrections records In the state
 
 of
 
 Respondent's last known address.
 

 Title IV-D {child support enforcement) agency records in the state of Respondent's last known address.
 

 Hospitals In the last known area of Respondent's reside nc e.
 

 _ Utility companies, which Include water, sewer, «ble TV, and electric, In the last known area of Respondent's residence.
 

 _ letters to the Armed forces of the U.S. and their response as to whether or not there is any Information about Respondent. (See Memorandum for Certificate of Military Service, Florida Suprema Court Approved Family faw form 12.912(a)).
 

 _ Tax Assessor's and Tax Collector's Office in the area where Respondent last resided.
 

 „ Other;
 
 {explain}
 
 ____________________
 

 2. The age of Respondent is (Choose only one] {
 
 ) known {enter
 
 age)_or{ } unknown.
 

 3. Respondent's current residence
 

 {Choose only one)
 

 a. _Respondent's current residence Is unknown to me.
 

 b. __Respondent's current residence Is in some state or country other than Honda,
 

 e. __The Respondent, having residence in Florida, has teen absent from Florida tor more than 60 days prior to the dale of this affidavit or conceals him (her)self so that process cannot be served personally upon him or her, and I believe there Is no person in the state upon whom serví» of process would bind this absent or concealed Respondent.
 

 4,Respondent's last known address as of feteej_ , was:
 

 Address _Cite _ Stats_zip_
 

 Telephone No. __Fax No. __.
 

 Respondent's last known employment, as of
 
 Idutei
 
 was
 

 Name of Emotover .._..
 

 Address_ Cltv _ State __Zip
 

 Telephone No. Fax No.___ .
 

 Florida Family law Rules of Procedure Form 12.913(b), Affidavit
 
 at
 
 Diligent Search and inquiry (01/12)
 

 
 *269
 
 1««demand thtt 1 am ⅜«»⅞(1⅝ or affirming under oath to the truthfutncts of the date made In this affidavit and that the
 
 pmkhmant for
 
 knowingly maMvg a false statement indudes fines and/or Imprisonment.
 

 Dated: ... ... ... ___________
 

 Signature of Petitioner
 

 Printed Mam*:__
 

 Address: _____
 

 City, State. ¿Ip:_
 

 Telephone Number: _
 

 Fax Number.'
 

 STATE OF FLORIDA COUNTY OF
 

 Sworn to or affirmed and signed before me on __ u ⅛.
 

 NOTARY PUBLIC Of DEPUTY CLERK
 

 ¡Print, type, or stamp commissioned name of notary or cleric.]
 

 __ Personally known
 

 _ Produced Identification
 

 Type of Identification produced ____
 

 IFANONUWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUSTi%l IN THE BLANKS BELOW:
 

 (fill In *11 blanks]
 

 I,
 
 {futí legal name and trade name of
 
 mnlmtmrl__ a noritewyer, located at {street}___{city}__
 
 {state} .
 
 (phone}_
 
 .helpedinamel
 
 _ who Is the petitioner, fill out tills form.
 

 Florida Family Law Rules of Procedure form 12.513(1⅜ Affidavit of Diligent Search and inquiry (01/12]
 

 INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE FORM 12.913(c), AFFIDAVIT OF DILIGENT SEARCH (01/12)
 

 When should this form be used?
 

 This form is to be used with Notice of Action For Family Cases With Minor Child(ren), Florida Supreme Court Approved Family Law Form 12.913(a)(2), to obtain constructive service (also called service by publication) on the legal father in any action or proceeding to determine paternity which may result in termination of the legal father’s parental rights.
 

 
 *270
 
 The legal father is entitled to actual notice of the proceedings when possible. When it is necessary to use constructive notice, it must be given in a way that is likely to provide actual notice. You must disclose the last known address of the legal father. A last known address cannot be unknown. This form includes a checklist of places you must look for information on the location of the legal father. You have to look in all of these places, and the court must believe that you have made a very serious effort to get information about the person’s location and that you have followed up on any information you received.
 

 This form should be typed or printed in black ink. After completing this form, you should sign the form before a notary public or deputy clerk. You should file the original and a Notice of Action For Family Cases With Minor Child(ren), Florida Supreme Court Approved Family Law Form 12.913(a)(2), with the clerk of the circuit court in the county where your petition for dissolution of marriage is filed. You should keep a copy for your records.
 

 Where can I look for more information?
 

 Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms. For further information, see rule 12.070, Florida Family Law Rules of Procedure, chapter 49, Florida Statutes, and section 409.257, Florida Statutes.
 

 Special notes ...
 

 Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
 

 
 *271
 
 IN THE CIRCUIT COURT OF THE IN AND FOR JUDICIAL CIRCUIT. .COUNTY, FLORIDA
 

 Case No.:
 

 Division:
 

 Petitionee, and Respondent.
 

 AFFIDAVIT OF DILIGENT SEARCH
 

 l,
 
 (full legal
 
 name)__,_, being sworn, certify that the following information ⅛ true:
 

 1. The last known address of the cWWfranJ's legal father
 
 {name!
 
 as of
 
 {date)
 
 _ . was:
 

 Address ____________ City State Zip
 

 Telephone No. _ _Fax No. .
 

 His last known employment as of
 
 {date}
 
 , was:
 

 Name of Employer ________
 

 Address Qty _ , . State _____ Sp
 

 Telephone No. . Fax No.
 

 2. The legal father Is over the age of 18,
 

 3. The legal father's current residence Is not known and cannot be determined, although I haw made a diligent search and inquiry to locate him through the following:
 

 You most search ML of the fallowing sources of information and Hate the results.
 

 _ United States Post Office Inquiry through the Freedom of information Act for the legal father’s current address or any previous address.
 

 Result of search: __
 

 _ Last known employment of the legal father, Including name and address of employer. Result of search: __
 

 _ Regulatory agencies, including professional or occupational licensing, In the area where the legal fetNr last resided,
 

 Result of search__
 

 Florida Family Law Rides of Procedure Form 12.913(c), Affidavit of Diligent Search (02/12)
 

 
 *272
 
 ____ Names and addresses of relatives to the extent such can be reasonably obtained from the petitioner or other «urces, contacts with those relative» and inquiry as to the legal lather's last known address. Vou are to follow up any leads of any addresses where the legal father may have moved.
 

 Result of search: ....
 

 _ Information about the legal father's possible death and. If dead, the date and location.
 

 Result of search:___________
 

 __ Telephone listings in the area where the legal father last resided.
 

 Result of search:...
 

 __ law enforcement agendas in the area where the legal father last resided,
 

 Result of search; , .„, . ._
 

 _ Highway Patrol records to the state where the legal father last resided,
 

 Result of search: ____
 

 _ Department of Corrections records to the state where the legal father last resided.
 

 Result of search: ..
 

 _ Hospitals in the last known area of the legal father's residence,
 

 Result of search:__________
 

 „. Records of utility companies, which Include water, sewer, cabla W, and electric In the fast known area of the legal father’s reside oca.
 

 Result of search; __. .
 

 __ Records of the Armed forces
 
 of
 
 the U-S, and their response as to whether or not there Is any Information about the legal father. {Sec florida Supreme Court Approved family law forms 12.9⅝⅛
 

 Result of search:______ ___
 

 _ Records of the tax assessor's and tax collector’s office in the area where the legal father last resided.
 

 Result of search: _______
 

 _ Search of on® Internet databank locator sendee.
 

 Result of search; _______________________
 

 _ Tftto iV-D (child support enforcement} agency records In the state of the legal father's last known address.
 

 Result of search: ____
 

 florida family law Rules ofRrooedure form. 1⅞91¾«), Affidavit of Diligent Search (01/1¾
 

 
 *273
 
 1 understand that $ am swearing or affirming under oath to the truthfulness of the Malm* made in this affidavit and that the punishment for krwwtiigly making a false statement Imdodav finos and/or imprisonment.
 

 Dated: ...;.______
 

 Signature of Petitioner
 

 Printed Same: ...
 

 Address: ___________,
 

 City, SSt¿ So:
 

 Tmnk&m
 
 Number: ,
 

 Fax,Humbert „ ... ... ________
 

 STATE OF RORiDA coüjm of
 

 Sworn to cr affirmed and s*$ned before me or __by
 

 NOTARY PUBUfi :u IHPUTmSfiK
 

 [Print, type, or stamp commissioned name of notary
 
 m
 
 deputy derk.|
 

 Personalty known
 

 Produced identification
 

 Type of Mentlfkatten produced __________
 

 if
 
 a aouiAmm amm
 
 you fiu. out this form,he/sm£ must ruin the bunks eetow: [f,si ⅛ alt blantel
 

 i,
 
 {ful! te$ai name md trade name
 
 c>/amimyerj.._..,
 

 ⅜ nootawyer, located at {meet)___ __, ⅞¾4.. .
 

 ¿smtei
 
 .
 
 Ishoael
 
 helped
 
 {name}
 
 . .
 

 who is the pathtaRgr, fill our this ffcmt.
 

 FtarMa Family taw Rules of Procedure form
 
 i'y.nnfri
 
 ⅜⅞⅛⅝⅜ oí DMigsm Search (02/12)
 

 [1]
 

 . Because, as noted below, we decline to adopt the proposed amendment to rule 12.070 concerning constructive service, we have modified the instructions to new form 12.913(a)(2).